IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Charles H. Quandel :
:
:
:
:
Plaintiff, : (Judge Conaboy)
vs. :
:3:15-CV- 1576
Doli Construction Corporation :
:
:
:
Defendant.

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

*(signature)*
Richard P. Conaboy
United States District Judge

DATE: February 26, 2016

FILED
SCRANTON

FEB 2 6 2016

PER _____
DEPUTY CLERK